EDWARD L. SHERMAN, Respondent, *v.* GLADYS M. SHERMAN, Appellant.

Argued November 21, 1952; decided January 15, 1953.

*Robert L. Callahan* and *Charles M. Sparacio* for appellant. *N. Holmes Clare* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.